## Commonwealth v. Nagy, Appellant.

Submitted November 9, 1970. *John J. Dean*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant; *Carol Mary Los*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Nevels, Appellant.

Submitted November 9, 1970. *John J. Dean*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant; *Robert L. Campbell* and *Carol Mary Los*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Opel, Appellant.

Argued November 10, 1970. *Morley M. Azorsky*, for appellant. *Roger J. Ecker*, Assistant District Attorney, with him *Jess D. Costa*, District Attorney, for Commonwealth, appellee.

Order affirmed.